| | | 4/8/2011 |
|---|---|---|
| Pete Catena | | **1,080.11 |

One Thousand Eighty and 11/100*********************************************************************************************

Pete Catena
2031 bay ridge pkwy
brooklyn, NY 11204

| Pete Catena | 4/8/2011 | |
|---|---|---|
| | | 1,080.11 |

TD BANK

1,080.11

| Pete Catena | 4/8/2011 | |
|---|---|---|
| | | 1,080.11 |

TD BANK

1,080.11

4/1/2011

Pete Catena                                                          **1,080.11

One Thousand Eighty and 11/100**********************************************************************************

Pete Catena
2031 bay ridge pkwy
brooklyn, NY 11204


Pete Catena                                    4/1/2011
                                                                      1,080.11






TD BANK                                                               1,080.11

Pete Catena                                    4/1/2011
                                                                      1,080.11








TD BANK                                                               1,080.11

| | | 3/25/2011 |
|---|---|---|
| Pete Catena | | **1,080.11 |

One Thousand Eighty and 11/100*************************************************************************************

Pete Catena
2031 bay ridge pkwy
brooklyn, NY 11204

| Pete Catena | 3/25/2011 | 1,080.11 |
|---|---|---|

TD BANK 1,080.11

| Pete Catena | 3/25/2011 | 1,080.11 |
|---|---|---|

TD BANK 1,080.11

3/11/2011

Pete Catena **1,080.11

One Thousand Eighty and 11/100*********************************************************************************

Pete Catena
2031 bay ridge pkwy
brooklyn, NY 11204

Pete Catena                            3/11/2011
                                       1,080.11

TD BANK                                1,080.11

Pete Catena                            3/11/2011
                                       1,080.11

TD BANK                                1,080.11

2/25/2011

Pete Catena **1,080.11

One Thousand Eighty and 11/100*********************************************************************************

Pete Catena
2031 bay ridge pkwy
brooklyn, NY 11204

Pete Catena                                  2/25/2011
                                              1,080.11

TD BANK                                       1,080.11

Pete Catena                                  2/25/2011
                                              1,080.11

TD BANK                                       1,080.11

2/18/2011

Pete Catena **1,080.11

One Thousand Eighty and 11/100********************************************************************************

Pete Catena
2031 bay ridge pkwy
brooklyn, NY 11204

Pete Catena 2/18/2011
1,080.11

TD BANK 1,080.11

Pete Catena 2/18/2011
1,080.11

TD BANK 1,080.11

|  |  | 2/4/2011 |
|---|---|---|
| Pete Catena |  | **1,080.11 |

One Thousand Eighty and 11/100*************************************************************************************

Pete Catena
2031 bay ridge pkwy
brooklyn, NY 11204

| Pete Catena | 2/4/2011 |  |
|---|---|---|
|  |  | 1,080.11 |

| TD BANK |  | 1,080.11 |
|---|---|---|
| Pete Catena | 2/4/2011 |  |
|  |  | 1,080.11 |

| TD BANK |  | 1,080.11 |

1/21/2011

Pete Catena                                    **1,080.11

One Thousand Eighty and 11/100***************************************************************************

Pete Catena
2031 bay ridge pkwy
brooklyn, NY 11204


Pete Catena                              1/21/2011
                                         1,080.11




TD BANK                                  1,080.11


Pete Catena                              1/21/2011
                                         1,080.11










TD BANK                                  1,080.11

1/14/2011

Pete Catena **1,080.11

One Thousand Eighty and 11/100************************************************************************************************

Pete Catena
2031 bay ridge pkwy
brooklyn, NY 11204

Pete Catena                                    1/14/2011
                                                              1,080.11

TD BANK                                                        1,080.11

Pete Catena                                    1/14/2011
                                                              1,080.11

TD BANK                                                        1,080.11

1/7/2011

Pete Catena **1,080.11

One Thousand Eighty and 11/100*********************************************************************************

Pete Catena
2031 bay ridge pkwy
brooklyn, NY 11204

Pete Catena                                1/7/2011                 1,080.11

TD BANK                                                              1,080.11

Pete Catena                                1/7/2011                 1,080.11

TD BANK                                                              1,080.11