UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____

|  | Chapter 13 |
|---|---|
| In re | BK Case No.: 11-43681 |
| Peter Catena | |
| Debtor. | |

_____

AFFIDAVIT PURSUANT TO 11 U.S.C 1325 (8)(9)

COMES NOW affiant Peter Catena, being first duly sworn and states as follows based upon his own personal knowledge.

1. The debtor does not have domestic support obligations pursuant to 11 U.S.C Section 101 (14a)

2. The debtor is required to file tax returns and has filed all applicable and required Federal, State and Local Tax Returns pursuant to 11 U.S.C 1308.

3. The Debtor's plan complies with the provisions of the required section and code of this chapter and has been submitted in good faith and not by any means forbidden by law pursuant to 11 U.S.C 1325(1)(3) and (4).

FURTHER AFFIANT SAYETH NOT

/S/ Peter Catena
Peter Catena

STATE OF NEW YORK
COUNTY OF NEW YORK

BEFORE ME, the undersigned a notary for NY County, State of New York, personally appeared and acknowledged execution of the above forgoing instrument this 22 Day of April 2011

/s/ Michelle Labayen
Notary Public

My Commission Expires:
NO. 02LA6117419
Notary Public, State of NY
October 25, 2011