UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____

In Re:

PETER CATENA

        Debtor.

_____

**NOTICE OF APPEARANCE**

Case No.: 11-43681-jf
(Chapter 13)

Assigned to:
Hon. JEROME FELLER
Bankruptcy Judge

    PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of WELLS FARGO BANK, NA in the within proceeding.

    Please send copies of all Notices and of all papers filed in the case to the undersigned. Further, please add our firm to the mailing matrix.

DATED:   May 17, 2011
            Amherst, New York

                                     Yours, etc.
                                     STEVEN J. BAUM, P.C.
                                     Attorneys for WELLS FARGO BANK, NA

By: _____
David A. Haefner, Esq.
Office and Post Address:
220 Northpointe Parkway, Suite G
Amherst, NY 14228
Telephone 716-204-2400

TO:
    CLERK, UNITED STATES BANKRUPTCY COURT
    EASTERN DISTRICT OF NEW YORK
    271 Cadman Plaza East
    Brooklyn, NY 11201

    MICHELLE LABAYEN, ESQ.     Attorney for Debtor
    Law Offices of Lutzky & Labayen, LLP
    26 West 183rd Street
    Bronx, NY 10453

    MARIANNE DEROSA, ESQ.     Chapter 13 Trustee
    100 Jericho Quadrangle
    Suite 208
    Jericho, NY 11753