UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:                                    CASE NO.: 11-43681-jf

   Peter Carena,                          Chapter: 13
                                        JUDGE: JEROME FELLER

                        DEBTOR.       **NOTICE OF APPEARANCE**
-------------------------------------------------------X
SIR:

**PLEASE TAKE NOTICE**, that JPMorgan Chase Bank, National Association, hereby appears in the above action, by and through its attorney, Rosicki, Rosicki & Associates, P.C., and demand that all papers in the case be served on the undersigned at the address stated below.

      **PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: June 7, 2011
      Plainview, NY

                                                  Respectfully submitted,

                                                  _____
                                                  ROSICKI, ROSICKI & ASSOCIATES, P.C.
                                                  By: Richard Postiglione, Esq.
                                                  Attorneys for JPMorgan Chase Bank, National Association
                                                  Main Office: 51 E Bethpage Road
                                                  Plainview, NY 11803
                                                  516-741-2585

TO:

Michelle Labayen, Esq
Attorney for Debtor
Law Offices of Lutzky & Labayen, LLP
26 West 183rd Street
Bronx, NY 10453

Marianne DeRosa, Esq
Trustee
115 Eileen Way
Suite 105
Syosset, NY 11791

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:                              CASE NO.: 11-43681-jf

Peter Ca ena,

                       DEBTOR.

**NOTICE OF APPEARANCE**

**ROSICKI, ROSICKI & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
Main Office: 51 E Bethpage Road
Plainview, NY 11803
516-741-2585