Michelle Labayen
Law Office Lutzky & Labayen
420 Lexington Ave
Suite 300
New York, NY 10170
212-297-6208

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
_____

IN RE

     PETER CATENA                            Case No.: 11-43681
     xxx-xx-4492                              Hon. Jerome Feller
          **Debtor.**                          Bankruptcy Judge
                                        **Application for Dismissal**
_____      **Chapter 13 Case**

### <u>APPLICATION  TO DISMISS DEBTOR'S CHAPTER 13 CASE</u>

Now comes Michelle Labayen of the Law Offices of Lutzky and Labayen on behalf of
debtor Peter Catena and moves this Honorable Court for entry of an Order Pursuant to 11.
U.S.C §1304(b) to Dismiss the Debtor's Chapter 13 Case and in support thereof,
respectfully represents as follows:

1.     On or about April 30,2011 Debtor filed a petition for relief under Chapter 13

        Bankruptcy Code.

2.     The Debtor 341 meeting was adjourned to August 2, 2011.

3.     The Debtor does not qualify for a Chapter 13 due to the amount of secured
        debt.

WHEREFORE, DEBTOR prays that this Honorable Court enter an Order dismissing
debtor's chapter 13 case.

Dated: New York, New York
July 25, 2011

                                 By: /s/ <u>Michelle Labayen</u>
                                 Michelle Labayen Esq
                                 Lutzky and Labayen
                                 420 Lexington Ave ste 300
                                 New York, NY 10070

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
_____

IN RE

      Peter Catena                                   Case No.: 11-43681

      xxx-xx-3006                                Hon. Jerome Feller

      **Debtor.**                                  Bankruptcy Judge

                                               **Order**

_____

Upon the application of Michelle Labayen seeking an Order to Dismiss the Debtor's

Chapter 13 case and due notice of the aforesaid application having been given to all

necessary parties and:

WHEREAS: Debtor  is over the allowable secured debt amount.

WHEREAS; On July 25, 2011 counsel for Debtor sent notice to his creditors;

IT IS HEREBY;

ORDERED that the Defendant's Chapter 13 Bankruptcy proceeding is dismissed



Dated:

Brooklyn NY                            /s/_____

                                          Honorable Jerome Feller

                                          United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
_____

IN RE

     Peter Catena                          Case No.: 11-43681

     xxx-xx-3006                       Hon. Jerome Feller

          **Debtor.**                  Bankruptcy Judge

                                   **Certificate of Service**

_____

## <u>Certificate of Service</u>

I, Jalitza Poved hereby certify that a copy of the Debtor's Application to Dismiss has been sent electronically or by ordinary U.S Mail by depositing a true copy thereof in an official depository  to the below listed parties on July 25, 2011.


**United States Bankruptcy Court**

Eastern District of New York

Honorable Jerome Feller

271 Cadman Plaza

Brooklyn, NY 11201

Courtroom 3585

**Marianne DeRosa**

Standing Chapter 13 Trustee

115 Eileen Way

Suite 105

Syosset, NY 11791

*U.S. Trustee*
**United States Trustee**

271 Cadman Plaza East

Suite 4529

Brooklyn, NY 11201

Ford Credit

POB 220564

Pittsburgh, PA 15257

Natalia Sawicke
c/o Michael G O'neill
30 Vesey Street
3rd floor
New York, NY 10007

Power Express/dovenmue
One Corporate Drive
Lake Zurich, IL 60047

Wachovia Bank
Attn: Bankruptcy
4101 Wiseman bld
San Antonio, TX 78251

July 25, 2011
New York, NY 10170

<div style="margin-left:40%">

/s/Jalitza Poveda
Law Office of Lutzky & Labayen
420 Lexington Ave suite 300
New York, NY 10170

</div>